IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-15-D1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| versus | ) |
| | ) |
| DAVID WARREN CLARKE, II | ) |

### ORDER ALLOWING MATERIALS TO BE FILED UNDER SEAL

The Defendant, through counsel has filed a motion to file under seal sentencing materials, designated as (1) Defendant's Sentencing Materials Number 1, and (2) Defendant's Sentencing Materials Number 2.

For the reasons stated in the motion, and for good cause shown, this motion is ALLOWED.

The Clerk shall file the Defendant's Sentencing Materials Number 1 and Number 2 under seal.

Defense counsel shall observe the Local Rules, and shall hand-deliver a copy of his submissions to Government counsel.

This the **24** day of **September**, 2010.

_____
James C. Dever III
United States District Judge